172

[Crim. No. 427. Fourth Appellate District.—October 15, 1937.]

THE PEOPLE, Respondent, v. CLYDE EMERY TILLOT-
SON, Appellant.

Edgar G. Langford for Appellant.

U. S. Webb, Attorney-General, and Bayard Rhone, Deputy
Attorney-General, for Respondent.

JENNINGS, J.—The clerk's and the reporter's transcripts
herein were filed in this court on September 8, 1937. The
appellant has made no appearance and no brief has been filed
in his behalf. No extension of time for filing a brief for ap-
pellant has been requested or granted. The cause was regu-
larly calendared for October 14, 1937, at which time the
attorney-general moved the court to affirm the judgment in
accordance with the provisions of section 1253 of the Penal
Code. Since the time within which appellant's opening
brief should have been filed has expired and no appearance
has been made in his behalf the motion is proper and must
be granted.

The judgment is therefore affirmed.

Barnard, P. J., and Marks, J., concurred.